Frank M. EATON, Plaintiff in Error, v.
UNITED STATES, Defendant in
Error.

Circuit Court of Appeals, Eighth Circuit.
December 31, 1928.

No. 8123.

C. C. Putnam and J. E. O'Brien, both of
Des Moines, Iowa, for plaintiff in error.

Ross R. Mowry, U. S. Atty., of Newton,
Iowa, and Ray C. Fountain, Asst. U. S.
Atty., of Des Moines, Iowa, and Frank F.
Wilson, Asst. U. S. Atty., of Mt. Ayr, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this
court, per stipulation of parties.

O. J. ERTSGAARD, Trustee, etc., Appellant,
v. MINNESOTA CENTRAL CREAM-
ERIES, Inc., et al., Appellees.

Circuit Court of Appeals, Eighth Circuit.
January 17, 1929.

No. 8445.

Louis A. Reed, of Minneapolis, Minn., for
appellant.

Kerr, Nelson, Burns & Mohan, of St.
Paul, Minn., for appellees.

PER CURIAM. Appeal docketed and
dismissed, at costs of appellant, for failure
to comply with provisions of rule 11 of this
court, etc., on motion of appellees.

O. J. ERTSGAARD, Trustee, etc., Appellant,
v. MINNESOTA CENTRAL CREAM-
ERIES, Inc., et al., Appellees.

Circuit Court of Appeals, Eighth Circuit.
January 17, 1929.

No. 8444.

Louis A. Reed, of Minneapolis, Minn.,
for appellant.

Kerr, Nelson, Burns & Mohan, of St.
Paul, Minn., for appellees.

PER CURIAM. Appeal docketed and
dismissed, at costs of appellant, for failure
to comply with provisions of rule 11 of this
court, etc., on motion of appellees.

ESKIMO REFRIGERATOR CO. et al., Appellants, v. HARRY L. HUSSMANN RE-
FRIGERATOR & SUPPLY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
December 14, 1928.

No. 8362.

Harry A. Beimes, of St. Louis, Mo., for
appellants.

John H. Bruninga, of St. Louis, Mo., for
appellee.

PER CURIAM. Appeal dismissed, at
costs of appellants, per stipulation of parties.

M. L. FINKELSTEIN et al., Appellants, v. H.
W. BACKUS et al., Appellees.

Circuit Court of Appeals, Eighth Circuit.
April 5, 1929.

No. 8504.

See, also, 23 F.(2d) 357, 531.

Pierce Butler, Jr., and Charles Bunn,
both of St. Paul, Minn., for appellants.

Harrison E. Fryberger, of Minneapolis,
Minn., and Leslie H. Morse, of Mankato,
Minn., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per
stipulation of parties.

FIRST NATIONAL BANK OF ST. PAUL,
Appellant, v. COMMISSIONER OF IN-
TERNAL REVENUE.

Circuit Court of Appeals, Eighth Circuit.
March 30, 1929.

No. 8175.

Thomas D. O'Brien, Alexander E. Horn,
and Edward S. Stringer, all of St. Paul,
Minn., for appellant.

Mabel Walker Willebrandt, Asst. Atty.
Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and L. W. Scott,
Sp. Atty., Bureau of Internal Revenue, both
of Washington, D. C., for respondent.